UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:11-cr-0089-RCJ-(VPC) |
| ) | |
| RANDALL KEITH BELFORD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Because the Indictment in this matter has been dismissed by the Court, and good cause appearing, therefore,

IT IS ORDERED that the arrest warrant associated with the Indictment shall be QUASHED.

DATED this 12th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE